NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL WARREN LEWERS,             )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-2261
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

PER CURIAM.

            Affirmed.

NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.